IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:08-cr-38 |
| ) | |
| ROBERT MARK McPHERSON ) | |
| CHRISTIE TAYLOR ) | |

### O R D E R

It is hereby **ORDERED** that a hearing for the entry of the defendants' pleas of guilty is **SCHEDULED** for Friday, **September 4, 2009, at 10:30 a.m.** in Greeneville.

ENTER:

*s/ Leon Jordan*
United States District Judge