UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO. 2:08-CR-38 |
| | ) | |
| ROBERT McPHERSON | ) | |

U.S.S.G. § 3E1.1(b) MOTION

Comes the United States of America and pursuant to U.S.S.G. § 3E1.1(b) states that the defendant has assisted authorities by timely notifying the United States of his intention to enter a guilty plea thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently.

Wherefore, the United States requests that the Court apply the one-level reduction pursuant to § 3E1.1(b) in the calculation of defendant's advisory guidelines range.

Respectfully submitted, this the 9th day of November, 2009.

JAMES R. DEDRICK
UNITED STATES ATTORNEY

By: s/ Caryn L. Hebets
CARYN L. HEBETS
ASSISTANT U.S. ATTORNEY
208 SUNSET DRIVE, SUITE 509
JOHNSON CITY, TN 37604
423/282-1889

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2009, the foregoing response was filed electronically. Notice of this filing was sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. Counsel not indicated on the court's EFS will be served by regular U.S. Mail, postage prepaid.

/s/ Caryn L. Hebets
Assistant U.S. Attorney